# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Amaro III aka Thomas Amaro Catalina Rodriguez Perez aka Catalina Rodriguez aka Catalina Amaro aka Catalina Perez | BK NO. 21-01128 HWV |
| | Chapter 13 |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
07 Jun 2021, 13:40:34, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322