Certificate Number: 14424-PAM-DE-035810354

Bankruptcy Case Number: 21-01128



14424-PAM-DE-035810354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 5, 2021</u>, at <u>2:04</u> o'clock <u>PM EDT</u>, <u>Thomas Amaro</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 5, 2021</u>     By:   <u>/s/Edsie Lim</u>

                                            Name: <u>Edsie Lim</u>

                                            Title: <u>Certified Personal Finance Counselor</u>