UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  THOMAS AMARO, III and          :  CHAPTER 13
        CATALINA RODRIGUEZ PEREZ       :
        Debtor(s)                      :
                                       :
                                       :
        JACK N. ZAHAROPOULOS           :
        STANDING CHAPTER 13 TRUSTEE    :
        Movant                         :
                                       :
                                       :
        vs.                            :
                                       :
                                       :
        THOMAS AMARO, III and          :
        CATALINA RODRIGUEZ PEREZ       :
        Respondent(s)                  :  CASE NO.   5-21-bk-01128


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   23rd   day of August, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

        Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

        a.   Earning capacity

        2.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.   Secured claims not in plan.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

                                Respectfully submitted:

                                /s/Jack N. Zaharopoulos
                                Standing Chapter 13 Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA 17036
                                (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this   1st   day of September, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360


           /s/Deborah A. Behney
           Office of Jack N. Zaharopoulos
           Standing Chapter 13 Trustee