United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-01128-MJC
Thomas Amaro, III  Chapter 7
Catalina Rodriguez Perez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 17, 2021     Form ID: tele341     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Thomas Amaro, III, 9029 Idlewild Drive, Tobyhanna, PA 18466-3803 |
| jdb | + | Catalina Rodriguez Perez, 9029 Idlewild Drive, Tobyhanna, PA 18466-3803 |
| cr | + | A Pocono Country Place Property Owners Association, c/o Nicholas Charles Haros, Esq., Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360 US 18360-1602 |
| 5410456 | + | A POCONO COUNTRY PLACE POA, C/O NICHOLAS C. HAROS, ESQ., 802 MAIN STREET, STROUDSBURG, PA 18360-1602 |
| 5410457 | + | ARS, 1643 NW 136TH AVENUE, BUILDING H, SUITE 100, SUNRISE, FL 33323-2857 |
| 5410459 | | BLUE RIDGE COMMUNICATIONS, PO BOX 316, PALMERTON, PA 18071-0316 |
| 5410461 | | CMI CREDIT MEDIATORS, INC., PO BOX 456, UPPER DARBY PA 19082-0456 |
| 5410462 | + | COMMERCIAL ACCEPTANCE, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5410464 | | EOS CCA, PO BOX 981008, BOSTON, MA 02298-1008 |
| 5410465 | + | FSB BLAZE CREDIT CARD, 1500 S HIGHLINE AVE., SIOUX FALLS, SD 57110-1003 |
| 5410466 | + | GRATZ WASHENIK TAX COLLECTOR, COOLBAUGH MUN CENTER, 5574 MUNICIPAL DRIVE, TOBYHANNA, PA 18466-7714 |
| 5410469 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 781733, PHILADELPHIA, PA 19178-1733 |
| 5410474 | + | PENN CREDIT, 2800 COMMERCE DRIVE, HARRISBURG, PA 17110-9307 |
| 5410477 | + | PPL ELECTRIC UTILITIES, 2 N 9TH ST CPC-GENN1, ALLENTOWN, PA 18101-1179 |
| 5410479 | + | TD BANK USA/TARGET CREDIT, NCD-0450, PO BOX 1470, MINNEAPOLIS, MN 55440-1470 |
| 5410480 | | TROJAN PROFESSIONAL SVCS, PO BOX 1270, LOS ALAMITOS, CA 90720-1270 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2021 18:55:22 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 17 2021 18:54:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5410458 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2021 18:55:44 | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5410460 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 17 2021 18:55:22 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO TX 75025-9407 |
| 5412073 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2021 18:55:22 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5415679 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2021 18:55:43 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5414203 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2021 18:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5426027 | + | Email/Text: bankruptcytn@wakeassoc.com | Nov 17 2021 18:43:00 | EMERGENCY PHYSICIANS ASSOCIATES OF |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PA P, c/o Wakefield and Associates, Inc., P. O. Box 51272, Knoxville, TN 37950-1272 |
| 5410463 | + | Email/Text: bknotice@ercbpo.com | Nov 17 2021 18:43:00 | ENHANCED RECOVERY CORP, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5410467 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2021 18:43:00 | IRS, AUR CORR 5-E08-113, PHILADELPHIA, PA 19255-0521 |
| 5410468 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2021 18:55:43 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 5410470 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2021 18:55:24 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5419835 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2021 18:55:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5421288 | | Email/Text: camanagement@mtb.com | Nov 17 2021 18:43:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5410471 | | Email/Text: camanagement@mtb.com | Nov 17 2021 18:43:00 | M & T BANK, LAKEVIEW LOAN SERVICING, PO BOX 62182, BALTIMORE, MD 21264-2182 |
| 5410472 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2021 18:43:00 | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 5413695 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 17 2021 18:43:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5410473 | | Email/Text: clientservices@paramountrecovery.com | Nov 17 2021 18:43:00 | PARAMOUNT RECOVERY SYSTEM, 7524 BOSQUE BLVD STE L, WACO, TX 76712 |
| 5410475 | | Email/Text: info@phoenixfinancialsvcs.com | Nov 17 2021 18:43:00 | PHOENIX FINANCIAL SERVICES, PO BOX 361450, INDIANAPOLIS, IN 46236 |
| 5410476 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2021 18:54:14 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502-4962 |
| 5422570 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2021 18:55:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5410478 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 17 2021 18:43:00 | PROGRESSIVE LEASING, 256 DATA DRIVE, DRAPER, UT 84020-2315 |
| 5411280 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2021 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5410731 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2021 18:55:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5410481 | | Email/Text: bankruptcytn@wakeassoc.com | Nov 17 2021 18:43:00 | WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2021           Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Nicholas Charles Haros | on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Catalina Rodriguez Perez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Thomas Amaro III lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(07/21)