

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

December 3, 2021

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

> **RE:** *Thomas Amaro*
> *Case No. 5:21-01128*

Dear Clerk:

    We have been informed by our client, Thomas Amaro that he has a new address, as follows:

> 177 Willis Avenue, Apt 16F
> Bronx, NY 10454

    Please correct the docket and mailing matrix accordingly.  Thank you.

> Very truly yours,
>
> */s/ Vincent Rubino*
>
> Vincent Rubino