LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Chapter 7 |
| CATALINA RODRIGUEZ PEREZ : | |
| Aka CATALINA RODRIGUEZ : | |
| Aka CATALINA AMARO and : | Bankruptcy Case No. 5:21-bk-01128-MJC |
| THOMAS AMARO, III : | |
| Aka THOMAS AMARO : | |
|    Debtor, : | **Nature of Proceeding:** |
| CAPITAL ONE AUTO FINANCE, A : | Motion for Relief from Automatic Stay |
| DIVISION OF CAPITAL ONE, N.A., : | |
|    Movant, : | |
| v. : | |
| CATALINA RODRIGUEZ PEREZ : | |
| Aka CATALINA RODRIGUEZ : | |
| Aka CATALINA AMARO and : | |
| THOMAS AMARO, III : | |
| Aka THOMAS AMARO : | |
|    Respondents : | |
| And : | |
| ROBERT P. SHEILS, JR., : | |
|    Trustee : | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance_.

    Reason for the continuance.

    Chapter 7 trustee asked to conduct the Meeting of Creditors before determining whether relief should be granted. Movant and Respondent concur.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:   January 6, 2022                    /s/ Jason Brett Schwartz
                                            Attorney for Movant
                                            Jason Brett Schwartz, Esquire
                                            I.D. No.: 92009
                                            (267) 909-9036

_ No alterations or interlineations of this document are permitted
_ If this is not a first request for continuance, then a Motion for Continuance must be filed.