IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| CATALINA RODRIGUEZ PEREZ | : | |
| aka CATALINA RODRIGUEZ | : | CASE NO.: 5:21-BK-01128-MJC |
| aka CATALINA AMARO AND | : | |
| THOMAS AMARO, III | : | |
| aka THOMAS AMARO | : | |
| | : | |
| Debtors | : | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | : | CHAPTER 7 |
| CAPITAL ONE AUTO FINANCE, | : | |
| A DIVISION OF CAPITAL ONE, N.A., | : | LOCATION: |
| Movant | : | U.S. Bankruptcy Court |
| | : | Middle District of Pennsylvania |
| vs. | : | 197 South Main Street |
| | : | Wilkes-Barre, PA  18701 |
| CATALINA RODRIGUEZ PEREZ | : | |
| aka CATALINA RODRIGUEZ | : | |
| aka CATALINA AMARO AND | : | |
| THOMAS AMARO, III | : | |
| aka THOMAS AMARO | : | |
| Respondents | : | |
| and | : | |
| | : | |
| ROBERT P. SHEILS, JR. | : | |
| Trustee | : | |

___

**PRAECIPE TO WITHDRAW TRUSTEE'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

The Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Answer to Capital One Auto Finance, A Division of Capital One Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: January 27, 2022                    /s/   Jill M. Spott
                                           Jill M. Spott, Esquire
                                           Attorney for Trustee
                                           108 North Abington Road
                                           Clarks Summit, PA 18411
                                           (570) 587-2600 – Telephone
                                           (570) 585-0313 - Facsimile