United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Thomas Amaro, III  
Catalina Rodriguez Perez  
    Debtors

Case No. 21-01128-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: Feb 23, 2022      Form ID: 318      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Amaro, III, 177 Willis Avenue, Apt 16F, Bronx, NY 10454-4817 |
| jdb | + | Catalina Rodriguez Perez, 9029 Idlewild Drive, Tobyhanna, PA 18466-3803 |
| cr | + | A Pocono Country Place Property Owners Association, c/o Nicholas Charles Haros, Esq., Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360 US 18360-1602 |
| 5410456 | + | A POCONO COUNTRY PLACE POA, C/O NICHOLAS C. HAROS, ESQ., 802 MAIN STREET, STROUDSBURG, PA 18360-1602 |
| 5410457 | + | ARS, 1643 NW 136TH AVENUE, BUILDING H, SUITE 100, SUNRISE, FL 33323-2857 |
| 5410459 | | BLUE RIDGE COMMUNICATIONS, PO BOX 316, PALMERTON, PA 18071-0316 |
| 5410461 | | CMI CREDIT MEDIATORS, INC., PO BOX 456, UPPER DARBY PA 19082-0456 |
| 5410462 | + | COMMERCIAL ACCEPTANCE, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5410464 | | EOS CCA, PO BOX 981008, BOSTON, MA 02298-1008 |
| 5410466 | + | GRATZ WASHENIK TAX COLLECTOR, COOLBAUGH MUN CENTER, 5574 MUNICIPAL DRIVE, TOBYHANNA, PA 18466-7714 |
| 5410469 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 781733, PHILADELPHIA, PA 19178-1733 |
| 5410474 | + | PENN CREDIT, 2800 COMMERCE DRIVE, HARRISBURG, PA 17110-9307 |
| 5410477 | + | PPL ELECTRIC UTILITIES, 2 N 9TH ST CPC-GENN1, ALLENTOWN, PA 18101-1179 |
| 5410480 | | TROJAN PROFESSIONAL SVCS, PO BOX 1270, LOS ALAMITOS, CA 90720-1270 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 23 2022 23:48:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: camanagement@mtb.com | Feb 23 2022 18:45:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 23 2022 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5410458 | + | EDI: CITICORP.COM | Feb 23 2022 23:48:00 | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5410460 | + | EDI: CAPONEAUTO.COM | Feb 23 2022 23:48:00 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO TX 75025-9407 |
| 5412073 | + | EDI: AISACG.COM | Feb 23 2022 23:48:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5415679 | + | EDI: AISACG.COM | Feb 23 2022 23:48:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5414203 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2022 18:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5426027 | + | Email/Text: bankruptcytn@wakeassoc.com | Feb 23 2022 18:45:00 | EMERGENCY PHYSICIANS ASSOCIATES OF PA P, c/o Wakefield and Associates, Inc., P. O. Box 51272, Knoxville, TN 37950-1272 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5410463 | + | Email/Text: bknotice@ercbpo.com | Feb 23 2022 18:45:00 | ENHANCED RECOVERY CORP, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5410465 | | Email/Text: BNBLAZE@capitalsvcs.com | Feb 23 2022 18:45:00 | FSB BLAZE CREDIT CARD, 1500 S HIGHLINE AVE., SIOUX FALLS, SD 57110 |
| 5410467 | | EDI: IRS.COM | Feb 23 2022 23:48:00 | IRS, AUR CORR 5-E08-113, PHILADELPHIA, PA 19255-0521 |
| 5410468 | | EDI: JPMORGANCHASE | Feb 23 2022 23:48:00 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 5410470 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 18:45:21 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5419835 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 18:45:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5421288 | | Email/Text: camanagement@mtb.com | Feb 23 2022 18:45:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5410471 | | Email/Text: camanagement@mtb.com | Feb 23 2022 18:45:00 | M & T BANK, LAKEVIEW LOAN SERVICING, PO BOX 62182, BALTIMORE, MD 21264-2182 |
| 5410472 | + | EDI: MID8.COM | Feb 23 2022 23:48:00 | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 5413695 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 23 2022 18:45:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5410473 | | Email/Text: clientservices@paramountrecovery.com | Feb 23 2022 18:45:00 | PARAMOUNT RECOVERY SYSTEM, 7524 BOSQUE BLVD STE L, WACO, TX 76712 |
| 5410475 | | Email/Text: info@phoenixfinancialsvcs.com | Feb 23 2022 18:45:00 | PHOENIX FINANCIAL SERVICES, PO BOX 361450, INDIANAPOLIS, IN 46236 |
| 5410476 | | EDI: PRA.COM | Feb 23 2022 23:48:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502-4962 |
| 5422570 | | EDI: PRA.COM | Feb 23 2022 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5410478 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 23 2022 18:45:00 | PROGRESSIVE LEASING, 256 DATA DRIVE, DRAPER, UT 84020-2315 |
| 5411280 | + | EDI: PENNDEPTREV | Feb 23 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5411280 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2022 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5410731 | + | EDI: RMSC.COM | Feb 23 2022 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5410479 | + | EDI: WTRRNBANK.COM | Feb 23 2022 23:48:00 | TD BANK USA/TARGET CREDIT, NCD-0450, PO BOX 1470, MINNEAPOLIS, MN 55440-1470 |
| 5410481 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 23 2022 18:45:00 | WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 23, 2022 | Form ID: 318 | Total Noticed: 42 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. JSchwartz@mesterschwartz.com |
| Nicholas Charles Haros | on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Catalina Rodriguez Perez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Thomas Amaro III lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

| | | |
|---|---|---|
| Debtor 1 | Thomas Amaro III<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9432<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Catalina Rodriguez Perez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5967<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:21–bk–01128–MJC

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas Amaro III
aka Thomas Amaro

Catalina Rodriguez Perez
aka Catalina Rodriguez, aka Catalina Amaro, aka Catalina Perez

**By the court:**

2/23/22

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**